# UNITED STATES DISTRICT COURT
## for the
### District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>CARLOS HERNANDEZ MORENO<br>*Defendant(s)* | ) ) ) ) ) ) ) )    Case No.   8:25MJ508 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 16-17, 2025** in the county of **Buffalo** in the **___** District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2113(a) | Bank Burglary |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Brandon Stigge, TFO FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 9/5/2025

*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

| | | |
|---|---|---|
| DISTRICT OF NEBRASKA | ) | |
| | ) ss. | Affidavit of TFO BRANDON STIGGE |
| COUNTY OF DOUGLAS | ) | |

I, Brandon Stigge, having been first duly sworn, do hereby depose and state as follows:

1. Your affiant, Brandon Stigge is a Task Force Officer assigned to FBI Omaha. In my duties as a special agent, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I have been a Task Force Officer with the Federal Bureau of Investigation ("FBI") since February of 2016. I am currently assigned to the Cyber Task Force (CTF) of the FBI's Omaha Division. My responsibilities include the investigation of possible violations of federal law.

2. The United States is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed. The investigation concerns possible violations of, inter alia, 18 U.S.C. § 2113 (Bank burglary and larceny)

3. This Affidavit is submitted in support of a criminal complaint and arrest warrant for Carlos Eduardo Hernandez Moreno (dob 10/21/2003) for violations of Title 18, United States Code, Section 2113 (Bank Burglary). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally and through written reports.

4. On or about August 16th, 2025 through August 17th, 2025, two subjects manipulated two Trius Federal Credit Union ATMs at 2915 2nd Avenue, Kearney, NE. According to initial reports, subjects accessed the internal components of two ATMs in the drive thru lanes of the Trius Federal Credit Union. Banking personnel reported that brackets that held the hard drives in the ATMs had visible damage and pry marks, thus allowing the hard drives to be accessible for the removal and installation of malware.

5. Trius confirmed that their ATMs were subject to a malicious attack and money was dispensed from the vault without proper authorization. A total of approximately $300,000 was lost between both ATMs.

---

[1] A "Raspberry Pi" is a small, affordable type of computer with its own memory, processor, and drivers. While these devices can be used for many different purposes, based on my training and experience, in the ATM jackpotting context, I know these devices are used to facilitate the installation of malware

6. A review of bank surveillance obtained from Trius Federal Credit Union revealed two subjects come through the ATM Drive Lanes multiple times beginning at 5:51 PM on August 16th, 2025. The two subjects are described as males. One male is seen wearing a white Nike Soccer hat and a red Nike shirt. The other subject is seen wearing a red hooded sweatshirt, ripped jeans, and black and white Nike sneakers. He has a black mask on throughout the incident.

7. Throughout the day, night and early morning of August 17th, 2025 both subjects can be seen driving through the ATM lanes, manipulating the ATM hoods and internal components. Below is a progression of screenshots, depicting the subjects manipulating the Lane 4 ATM and ultimately withdrawing cash from the ATM:



*Above: The subject with the red sweatshirt can be seen opening the hood and accessing the inside of the machine. The surveillance lists the time as 7: 38: 58 PM.*



*Above: The subject with the red sweatshirt can be seen handing an item to The driver after removing something from the ATM. The surveillance lists the time as 7: 40: 12 PM*



*Above: The subject with the red sweatshirt can be seen removing an item from the ATM. The surveillance lists the time as 8:05:16 PM*



*Above: The subject with the white Nike hat can be seen retrieving money from the ATM. The surveillance lists the time as 8:18:28 PM*

8. After remaining at the ATM identified as ATM Lane 4 for approximately half an hour, the subject with a white Nike hat was observed pulling an unknown sum of cash from the ATM approximately 19 times and handing it to the other subject in the rear passenger seat while holding mobile device. See below:



9. At 9:46:49 PM, the white Nike hat subject can be seen either photographing or live video recording the stacks of money that he was able to retreive from the ATM. See below:



10. At approximately 10:43 PM, the same vehicle with the same subjects can be seen in ATM Lane 2 and 3 at the same address. The two conduct the same procedures from the ATM Lane 4. The red sweatshirt subject accessing the ATM and appears to change out internal components. Two screenshots can be seen below:





11. At approximately 12:46 AM on August 17th, 2025, the white hat subject can be seen withdrawing cash from the second ATM. He can also be seen banding cash and stacking it in the front passenger seat of the vehicle. See below:



12. A review of the surveillance video reveals a clear face shot of the driver of the Chevy SUV. See below:



13. On August 30th, 2025 at approximately 2314 hours, Columbia Police Officers from Columbia, MO responded to a burglary alarm at Missouri Credit Union at 3401 Buttonwood Drive, in Columbia, MO. Upon arrival, Officers made contact with a driver of a silver 2011 Kia Optima bearing Colorado plates DJWP36. This vehicle was parked in front of an ATM in Lane 3 at the bank.
14. Officers observed a bag on the passenger seat of the vehicle with a large quantity of $100 bills. Observed in the vehicle were also two laptops, computing equipment, wire clippers, surgical gloves and a mask. Officers were able to determine that this subject was engaged in ATM jackpotting.
15. Officers identified the sole occupant of the vehicle by his Venezuelan identification card as Carlos Eduardo Hernandez Moreno (DOB 10/21/2003). That identification provided can be seen below:



16. Carlos Eduardo Hernandez Moreno made statements to Columbia PD detectives after being Mirandized and stated that he was just making a withdrawal from the bank. Moreno also said that he was working alone and had covered up his license plate just because he was scared due to the large withdrawal.
17. Carlos Eduardo Hernandez Moreno was arrested by Columbia Police

Department and is being held in the Boone County Jail. The booking photo of Hernandez Moreno can be seen below:



18. Body worn camera obtained from Columbia Police Department depicts Carlos Eduardo Hernandez Moreno's tattoo on his left wrist. See below:



19. Video surveillance from Trius depicts the same tattoo on the left wrist. See below:



20. Based on the video surveillance provided by Trius Federal Credit Union, Carlos Eduardo Hernandez Moreno is same subject at the two bank ATMs in Kearney, NE.
21. Carlos Eduardo Hernandez Moreno is a Venezuelan national with an ICE detainer in place, currently pending removal proceedings after his arrest concerning the ATM Jackpotting incident in Missouri 8/30/2025.
22. Based on the foregoing, your affiant submits that there is probable cause to believe that Carlos Eduardo Hernandez Moreno committed a violation of Title 18, United States Code § 2113.

Brandon Stigge – Task Force Officer
Papillion Police Department
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: September 5, 2025

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge